1062

■■■■■

[No. 5808–5–III. Division Three. October 23, 1984.]

JOSEPH A. ESPOSITO, *as Trustee, Respondent,* v.
WESTERN POWER SPORTS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 82–2–03220–9, George T. Shields, J.,
entered March 23, 1983. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Munson, C.J., and
McInturff, J.

[No. 5730–5–III. Division Three. October 23, 1984.]

DAVID GRAMLOW, ET AL, *Respondents,* v. DONALD G.
FRISKE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 235570, Robert D. Austin, J. Pro Tem.,
entered March 10, 1983. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Thompson, J., and
Gavin, J. Pro Tem.

[No. 6697–1–II. Division Two. October 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
JERRY BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 82–1–00315–8, Robert D. McMullen, J.,
entered November 5, 1982. *Dismissed* by unpublished
opinion per Petrie, J., concurred in by Worswick, A.C.J.,
and Reed, J.